# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| MARVIN GATHRIGHT D/B/A LOST HIGHWAY CLASSIC CARS, § § § Plaintiff, § § v. § § NATIONWIDE GENERAL INSURANCE COMPANY, § § § Defendant. § | CIVIL ACTION NO. 4:20-CV-00124-RWS-CAN |

## ORDER

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment.

Accordingly, it is

**ORDERED** that above-captioned case is **DISMISSED WITH PREJUDICE**. All motions by either party not previously ruled on are hereby **DENIED**.

All costs are to be borne by the party that incurred them.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 2nd day of December, 2020.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE